O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-1771-AHM (MANx) | Date | April 20, 2009 |
|---|---|---|---|
| Title | JANICE SALGADO v. DOWNEY SAVINGS & LOAN ASSOCIATION, F.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Mark A. Shoemaker | Angela Clifford | | |

**Proceedings:**     ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [17] (non-evidentiary)

      Court issues tentative ruling and hears oral argument. For reasons and findings stated on the record, the Court denies plaintiff's motion for a preliminary injunction to restrain foreclosure proceedings.

      The $2,500 bond posted by Plaintiff on April 15, 2009 has served its purpose and may be refunded.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | SMO | |

cc: **Fiscal**